Santo Giambalvo, Respondent, v. William Breul, Appellant.— Motion for rear-

gument denied, with costs.  Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.